# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

136500

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OSVALDO JUNIOR PADILLA,
      Defendant-Appellant.

SC: 136500
COA: 284455
Macomb CC: 2007-004308-FH

_____/

      By order of February 4, 2009, the application for leave to appeal the May 1, 2008 order of the Court of Appeals was held in abeyance pending the decision in *People v Jackson* (Docket No. 135888). On order of the Court, the case having been decided on July 10, 2009, 483 Mich 271 (2009), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921